# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0576
LT Case No. 2024-DP-000017

_____

E.S., MOTHER of N.R.S., a CHILD,

    Appellant,

    v.

DEPARTMENT of CHILDREN and
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Anthony W. Surber, of Surber Law, P.A., Mulberry, for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals,
and Amanda Victoria Glass, Senior Attorney, Appellate
Division, of Statewide Guardian ad Litem Office, Tallahassee,
for Statewide Guardian ad Litem.


July 28, 2026


PER CURIAM.

AFFIRMED.

JAY, C.J., and MAKAR and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____